UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSHUA STEVEN ROGERS,<br><br>                    Plaintiff,<br><br>         -against-<br><br>GARDASIL,<br><br>                    Defendant. | 25-CV-2344 (LTS)<br><br>TRANSFER ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff filed this action *pro se* and *in forma pauperis* ("IFP"), alleging that he suffered side effects from being vaccinated with the Human Papillomavirus ("HPV") vaccine.[1] This action is Plaintiff's second lawsuit against Gardasil filed in this court regarding the alleged side effects from the HPV vaccine. *See Rogers v. Gardasil*, No. 24-CV-7889 (LTS) ("*Rogers I*"). By order dated October 25, 2024, the Court transferred *Rogers I* to the Western District of North Carolina where multi-district litigation regarding alleged side effects from the HPV vaccine is pending. *See In Re: Gardasil Products Liability Litigation*, No. 3:22-MD-03036 (KDB) (W.D.N.C.). The Western District of North Carolina assigned Plaintiff's transferred case with docket number 24-CV-0991; Plaintiff currently is listed as a plaintiff in the multidistrict ligation action.[2]

---

[1] The Court granted Plaintiff's IFP application on June 26, 2025.

[2] The docket sheet for Plaintiff's member case under docket number 24-CV-0991 indicates that Plaintiff's application to proceed IFP was denied on December 12, 2024, with leave to pay the fees or submit an amended IFP application. *Id.* (Doc. No. 7.) The docket sheet does not reflect whether Plaintiff paid the fees or if he filed an amended IFP application.

This new duplicate complaint also appears related to the multi-district litigation pending in the Western District of North Carolina. Accordingly, the Court transfers this action to the United States District Court for the Western District of New York. *See* 28 U.S.C. § 1404(a).

## CONCLUSION

The Clerk of Court is directed to transfer this action to the United States District Court for the Western District North Carolina. *See* 28 U.S.C. § 1404(a). A summons shall not issue from this court. This order closes the case in the Southern District of New York.

The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   August 27, 2025
         New York, New York

                                           /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                       Chief United States District Judge